THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW CORNWALL, Appellant, *v.* TIMOTHY L. WOODRUFF et al., as Commissioners of the Land Office of the State of New York, Respondents.

*People ex rel. Cornwall* v. *Woodruff*, 30 App. Div. 43, affirmed.
(Argued November 21, 1898; decided January 10, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered May 20, 1898, affirming, on certiorari, a determination of the commissioners of the land office making a grant of land under water.

*Henry Purcell* for appellant.

*T. E. Hancock* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur.

———

WILLIAM B. COGSWELL, Appellant, *v.* PERCY CHUBB et al., Respondents.

*Cogswell* v. *Chubb*, 1 App. Div. 93, affirmed.
(Argued November 28, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1896, affirming a judgment of the late Superior Court of the city of New York in favor of defendants entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Everett P. Wheeler* for appellant.

*J. Langdon Ward* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.